No. 84–168.  EVEN *v.* NATIONAL GUARD BUREAU ET AL. C. A. 6th Cir.  Certiorari denied.

No. 84–311.  DEANGELIS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–348.  BALLARD *v.* BLOUNT ET AL.  C. A. 11th Cir. Certiorari denied.

No. 84–367.  TOBER SAIFER SHOE CO. *v.* ALLMAN ET AL. C. A. 5th Cir.  Certiorari denied.

No. 84–368.  PATINO'S, INC. *v.* POSTON ET AL.  C. A. 5th Cir. Certiorari denied.

No. 84–379.  CLARK OIL & REFINING CORP. *v.* ALPINE SHIPPING CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–410.  O'CONNELL MACHINERY CO., INC. *v.* M.V. "AMERICANA" ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–451.  JEFFERSON COUNTY COMMUNITY CENTER FOR DEVELOPMENTAL DISABILITIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 10th Cir.  Certiorari denied.

No. 84–459.  NELMS *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 84–461.  PISCATAWAY TOWNSHIP BOARD OF EDUCATION *v.* T. G. ET UX., INDIVIDUALLY, AND ON BEHALF OF THEIR INFANT CHILD, D. G., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–467.  CARTER-GLOGAU LABORATORIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 84–469.  WILLIAMS *v.* VIRGINIA NATIONAL BANK.  Ct. App. Wash.  Certiorari denied.

No. 84–593.  BEESON *v.* HUDSON ET AL.  C. A. 8th Cir.  Certiorari denied.